AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

BLACK LINCOLN CONTINENTAL, bearing MD Temporary Tag XXXXX with the expiration date of 2/14/2008 and dealer number XXXX with (VIN) XXXXXXXXXXXXXXXXX.
VIN on the vehicle is XXXXXXXXXXXXXXXXX

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____Daniel C. Sparks_____ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigations___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)

This affiant observed a black LINCOLN Continental bearing the front tag "Auto Source" and rear Maryland temporary tag XXXXXX with the expiration date of 2/14/2008; dealer number XXXX and vehicle identification number (VIN) XXXXXXXXXXXXXXXXX. The VIN on the vehicle is XXXXXXXXXXXXXXXXX parked in the parking lot of XXXX W Street, S.E. and is associated with this property.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attachment A**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __18__ United States Code, Section(s) _23(15) & 371_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Nancy B. Jackson
Organized Crimes & Narcotics Drug Trafficking
(202) 307-0029

Signature of Affiant
Daniel C. Sparks, Special Agent
Federal Bureau of Investigations

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:

1737 W STREET, SE APARTMENT XXX.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

## I. BACKGROUND AND EXPERIENCE

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since September 1990.  I am currently assigned to the Washington Metropolitan Field Office, Safe Streets Gang Homicide Unit. I have been the lead case agent investigating several long-term, gang-related enterprises which resulted in successful prosecutions of these organizations in the United States District Court for the District of Columbia.  These investigations include, United States v. Tommy Edelin, et al., which was the first death penalty prosecution in the District of Columbia in over 30 years.  Another was, United States v. Kevin Gray, et al., which involved a total of 23 defendants charged with various crimes such as violations of the Racketeering and Influenced and Corrupt Organizations (RICO) statute, racketeering conspiracy, maintaining a continuing criminal enterprise (CCE), and narcotics violations.  The two investigations involved a total of forty-six (46) separate murders.  Additionally, I have lectured at the FBI Academy in Quantico, Virginia on gang-related investigations and on the use of informants and cooperating witnesses.  Furthermore, I have lectured at the University of Virginia School of Law as well as the National Advocacy Center in Columbia, South Carolina on the use of informants and cooperating witnesses.  In November of 2000, I taught a course on "Task Force Operations" to the National Police in Kiev, Ukraine.

2 . I have received instruction and training from the FBI in homicide and narcotic related investigations. I have participated in over 100 narcotics-related investigations and participated in over 1,200 search warrants that have led to the arrests and convictions of numerous defendants.

## II. LOCATIONS TO BE SEARCHED

3. This affidavit is being submitted in support of an application which seeks authorization to search XXXX W Street, S.E. Apartment XXX and a black LINCOLN Continental four door automobile.

## III. DESCRIPTION OF PREMISES

4. XXXX W Street, S.E. Apartment XXX is located on the first floor down a long hallway in a multi-story brick apartment building. The numerals XXX are white in color against a brown background situated on a silver knocker affixed to a brown metal door.

5. Black LINCOLN Continental bearing the front tag "Auto Source" and rear Maryland temporary tag XXXXXX with the expiration date of 2/14/2008; dealer number XXXX and vehicle identification number (VIN) XXXXXXXXXXXXXXXXX. The VIN on the vehicle is XXXXXXXXXXXXXXXXX parked in the parking lot of XXXX W Street, S.E.[1]

## III. THE INVESTIGATION

6. This affidavit is based upon evidence and information that stems from a theft that occurred on January 23, 2008 at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. In the preparation of this affidavit your affiant has relied

---

[1] The VIN on the vehicle and the VIN on the temporary tag do not match. In your affiant's experience, it is common for the VIN on the temporary tag to differ from the vehicle VIN when the temporary tag has been acquired illegally.

upon video surveillance evidence used by the Loss Prevention Department of Nieman Marcus, knowledge of the subjects involved in the theft and confidential source information. Your affiant has included in this affidavit facts which he believes are sufficient to support a probable cause finding for the issuance of the requested search warrant but not all facts concerning this case that are known to your affiant.

    7. On January 23, 2008, your affiant was contacted by a confidential source (hereinafter referred to as CS-1). CS-1 advised that three individuals CS-1 knows as "Man", "Tony" (Man's brother) and "Woot." had just committed a theft of (8) eight Chanel purses from the Tysons Corner Mall. Your affiant knows these three individuals to be WALTER ANTONIO DOUGLAS a/k/a "Man", ANTONIO DOUGLAS a/k/a "Tony" and JOHN WEST LYONS a/k/a "Woot."

    8. WALTER ANTONIO DOUGLAS a/k/a "Man" is a convicted felon currently on Supervised Release in United States District Court, District of Columbia as well as probation with the State of Virginia. WALTER DOUGLAS has been convicted of robbery and theft in both Maryland and Virginia. Convictions in both of those jurisdictions involved the theft of high end jewelry such as Rolex watches and diamond bracelets. ANTONIO DOUGLAS a/k/a "Tony" is WALTER'S brother. ANTONIO DOUGLAS has robbery and theft convictions in Maryland and has been charged with Conspiracy to Commit Robbery (disposition unknown by your affiant) in Washington, D.C. JOHN WEST LYONS a/k/a "Woot" is currently wanted in Prince George's County Maryland on Armed Robbery, First Degree Assault, Second Degree Assault and Theft in excess of $500. These charges stem from the November 19, 2007 robbery of the Macy's Department store located at 4101 Branch Avenue, Temple Hills, MD.

9. On January 23, 2008, your affiant spoke with the Manager of Loss Prevention at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. The Manager advised that a theft had occurred at his store at approximately 12:55 p.m. by three black males. These three subjects stole, from Nieman Marcus, 8 (eight) Chanel purses. One of the purses was recovered outside of the store. The total theft was valued at $16,165.00. The theft was captured on video tape which your affiant has reviewed. While the faces are not clearly depicted, two of the subjects wore their hair in long dred locks. Both ANTONIO DOUGLAS and JOHN LYONS wear their hair in long dred locks. The third subject had a haircut which is similar to WALTER DOUGLAS. Based on a brief side view glimpse of the three fleeing felons, your affiant was able to identify WALTER DOUGLAS as one of the three fleeing felons.[2]

10. The video tape clearly depicts WALTER DOUGLAS wearing a reddish baseball cap with a tan insignia, a dark puffy coat, and black leather boots; ANTONIO DOUGLAS wearing a black baseball cap with a white insignia, a multi-colored jacket with a white design on the chest, back and sleeves, and brown leather boots with black soles; JOHN WEST LYONS wearing a tan floppy hat with a brim, and a tan pullover type sweater.

11. The three subjects made their escape in a black LINCOLN Continental car with a front license plate that says "Auto Source" and a Maryland temporary tag on the rear of the vehicle. Additionally, the vehicle used in the theft was missing the gas cap and had a had body damage to the left rear bumper. This same vehicle was observed by your affiant parked in the parking lot in front of XXXX W Street, S.E., (target residence).

---

[2] Your affiant has significant prior contacts with WALTER DOUGLASS.

12. CS-1 placed a telephone call to WALTER DOUGLAS on January 23, 2008, and allowed your affiant to listen to the conversation. Your affiant knows WALTER DOUGLAS and could recognize his voice as the person to whom CS-1 was talking. WALTER DOUGLAS told CS-1 that "all of the bags were gone."

13. CS-1 observed WALTER DOUGLAS and ANTONIO DOUGLAS inside of XXXX W Street, S.E. Apartment XXX on January 23, 2008. According to CS-1, ANTONIO DOUGLAS resides in this apartment. A query of law enforcement data bases shows both WALTER DOUGLAS and ANTONIO DOUGLAS living in different apartments at this address in the past.

14. CS-1 had a subsequent conversation with WALTER DOUGLAS on January 23, 2008, and WALTER DOUGLAS said that the three subjects were planning on committing a robbery on January 24, 2008 and wanted to know if CS-1 would accompany them. WALTER DOUGLAS told CS-1 that they were planning on robbing a jewelry store of diamond bracelets and a department store of more purses. DOUGLAS also said that they would be carrying pistols and wearing masks.

Based on the foregoing your affiant submits that secreted within the confines of XXXX W Street, S.E. Apartment XXX is evidence of the crimes of conspiracy, conspiracy to commit theft and robbery, Chanel purse labels, vehicle ownership documents pertaining to the Lincoln

Continental getaway car, clothing worn by the subjects as well as firearms, documents containing leasee information, and other relevant evidence of the theft at Nieman Marcus as well as evidence of future store thefts and robberies.

_____

DANIEL C. SPARKS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this \_ day of January 2008, the District of Columbia

_____
United States District Court Judge