AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

BLACK LINCOLN CONTINENTAL, bearing
MD Temporary Tag 02932C with the expiration
date of 2/14/2008 and dealer number N05W
with (VIN) 1FAFD34N37GV109664.
VIN on the vehicle is 1LNHM97V9YY795085.

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 0 4 3 - M - 0 1

TO:   Daniel C. Sparks    and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Daniel C. Sparks  who has reason to believe that ☐ on
the person or ☒ on the premises known as (name, description and or location)

This affiant observed a black LINCOLN Continental bearing the front tag "Auto Source" and rear Maryland
temporary tag 02932C with the expiration date of 2/14/2008; dealer number N05W and vehicle identification
number (VIN) 1FAFD34N37GV109664.  The VIN on the vehicle is 1LNHM97V9YY795085 parked in the parking
lot of 1737 W Street, S.E. and is associated with this property.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See attachment A**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  Februar 7 1, 2008
                                                              (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable
cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and
receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly
return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 2 4 2008
                    @ 11:46 am                    at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

DEBORAH A ROBINSON
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/24/08 | 1/24/08   3:01 p.m. | Plainview inside car |

INVENTORY MADE IN THE PRESENCE OF   SA Tom Ryan and DET Manley

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See attached Receipt.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Signature*

**FILED**

**FEB 0 7 2008**

**Clerk, U.S. District and Bankruptcy Courts**

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

02-07-2008
Date

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

File # _____

On (date) 1/24/08            Entry: 3:01 p.m.    item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)  Black Lincoln Continental

(Street Address)  VIN# 1LNHM97V98Y795035

(City) _____

Description of Item(s): - Rear License plate Holder w/ MD Temp tag
- Front "Auto Source" tag w/ plate Holder Located by
SA DC Sparks.

Received By: _David G. Sparks_ (Signature)    Received From: No one present (Signature)